UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                        Case No: 17-20261
                                            Hon. Robert H. Cleland

ROXANNE McGLADE,

                Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Please take notice that my business address has changed to:

        26300 Ford Road No.323
        Dearborn Heights, Michigan 48127


Respectfully submitted,


*/s/ Nicholas J. Vendittelli*
Nicholas J. Vendittelli P 30770
26300 Ford Road No. 323
Dearborn Heights, Michigan 48127
313 565 2400
mayjusticeprevail@gmail.com


### Certificate of Service

    I hereby certify that on this date a copy of the forgoing notice was served upon the parties and/or counsel of record by electronic means or by first class mail.

*/s/ Nicholas J. Vendittelli*