**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                    Criminal Case No. 17-20261
                                                                      Civil Case No. 19-11733

ROXANNE MCGLADE,
a/k/a "Roxanne Harper"

      Defendant.
_____/

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

      Pursuant to the court's order dated August 11, 2022, which dismissed

Defendant's Motion to Vacate Sentence Under 28 U.S.C. 2255 (ECF No. 84), the issues

in controversy have been resolved, and the instant matter is deemed closed.

Accordingly,

      IT IS ORDERED that the Clerk of the Court close the above-captioned case.[1]

                              s/ Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated:  August 11, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, August 11, 2022, by electronic and/or ordinary mail.

                              s/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\17-20261.MCGLADE.2255.AAB.closing.docx

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document."  Fed. R. Civ. P. 58(a)(1).  This order constitutes such a separate document, and no other "judgment" will be filed.